# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA ENRIQUEZ JACUTAN VELASQUEZ,<br><br>    Petitioner,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Respondents. | Case No. SACV 11-0831-AHM (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: June 8, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6